IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OUATI K. ALI,

    Petitioner,                      JUDGMENT IN A CIVIL CASE

v.                                   Case No. 13-cv-132-bbc

MICHAEL BAENEN,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Ouati K. Ali for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice so that he may exhaust his state court remedies.

| /s/ | 10/9/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |